IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 6:12cr00013-4 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **PIERRE PENNIX,** | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (Docket No. 195) is **GRANTED**; Pennix's motion pursuant to 28 U.S.C. § 2255 (Docket No. 170) is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court.

Further, finding that Pennix has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

    **ENTER:**    This <u> 8th </u> day of April, 2015.

 

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE