# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 6:12cr00013-4 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| PIERRE PENNIX, | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

Pierre Pennix, a federal inmate proceeding *pro se*, filed a motion which I construe as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Upon review of the motion and court records, however, I conclude that the current § 2255 motion must be dismissed as an unauthorized, successive motion.

Pennix challenges his 188-month sentence for various drug offenses. Court records indicate that Pennix previously filed a § 2255 motion regarding the same conviction and sentence, which I dismissed. *See* Docket Nos. 170, 200, and 201. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). As Pennix has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss the current action without prejudice.[1]

ENTER: This 13th day of July, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] Further, to the extent Pennix asks for a sentence reduction, except in limited circumstances not present here, the court loses jurisdiction to modify a term of imprisonment once it has been imposed. 18 U.S.C. § 3582(c). And, to the extent he asks for modification of his term of supervised release, Pennix does not meet the requirements for such modification. 18 U.S.C. § 3583(e)(1).