**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 6:12cr00013-4** |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **PIERRE PENNIX,** | ) | **By:  Norman K. Moon** |
| **Petitioner.** | ) | **United States District Judge** |

Pierre Pennix, a federal inmate proceeding *pro se*, filed a motion which I construe as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.  Upon review of the motion and court records, however, I conclude that the current § 2255 motion must be dismissed as an unauthorized, successive motion.

Pennix challenges his 188-month sentence for various drug offenses.  Court records indicate that Pennix previously filed a § 2255 motion regarding the same conviction and sentence, which I dismissed.  *See* Docket Nos. 170, 200, and 201.  I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria.  *See* § 2255(h).  As Pennix has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss the current action without prejudice.

ENTER:  This  7th  day of September, 2016.

*Norman K Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE