IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 6:12cr00013-4 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PIERRE PENNIX, | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Pennix's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Docket No. 223) is **DISMISSED without prejudice** as successive and this action is **STRICKEN** from the active docket.

Further, finding that Pennix has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: This 7th day of September, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE